UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | Case No. 1:08CR-92 |
| v. | : | Judge |
| REBECCA MONTGOMERY,<br>Defendant. | : | INDICTMENT<br>29 U.S.C. § 501(c)<br>J. SPIEGEL |

The Grand Jury charges that:

### COUNT 1

On or about September 5, 2003, in the Southern District of Ohio, the defendant Rebecca Montgomery, while a person employed, directly or indirectly, by International Association of Machinists, Eastern Regional Office, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to the defendant's own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $508.92.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

/S/
_____
Grand Jury Foreperson

GREGORY G. LOCKHART
United States Attorney

_____
ANTHONY SPRINGER
Deputy Criminal Chief